```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 00852
    RUTH E TAYLOR
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-4264


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/18/07 and confirmed on 05/11/07.

    2.  The case was dismissed after confirmation, 09/14/2007.

    3.  The Debtor paid a total of $   1060.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACC CONSUMER FINANCE | SECURED VEHIC | 21887.11 | 158.53 | 862.54 |
| ADT SECURITY SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON FIN NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| AMLI AT DANADA FARMS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 983.09 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 939.92 | .00 | .00 |
| CATHOLIC & COMMUNITY CU | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | 701.41 | .00 | .00 |
| CBCS | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| CHILD SUPPORT ENFORCEMEN | CHILD SUPPORT | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| UNION PLANTERS BANK | UNSECURED | NOT FILED | .00 | .00 |
| CONTINENTAL FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| CORUS BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 218.49 | .00 | .00 |
| HIGHLAND FINANCIAL SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS AMERICAN WATER | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| RENT A CENTER | UNSECURED | NOT FILED | .00 | .00 |
| RISK MANAGEMENT ALTERNAT | UNSECURED | NOT FILED | .00 | .00 |
| SAGE TELECOM | UNSECURED | 255.92 | .00 | .00 |

```
SBC AMERITECH              UNSECURED      NOT FILED            .00         .00
TCF NATIONAL BANK          UNSECURED      NOT FILED            .00         .00
COTTONWOOD FINANCIAL LTD   UNSECURED         897.03            .00         .00
MCI WORLDCOM RES SERVICE   UNSECURED      NOT FILED            .00         .00
WOW INTERNET & CABLE       UNSECURED      NOT FILED            .00         .00
AMERITECH                  UNSECURED      NOT FILED            .00         .00
GMAC                       UNSECURED       16560.53            .00         .00
BRITTANY SPRINGS APTS      UNSECURED      NOT FILED            .00         .00
SOUTHERN WATER MGMT        UNSECURED      NOT FILED            .00         .00
KAHUNA PAYMENT SOLUTIONS   UNSECURED      NOT FILED            .00         .00
JP MORGAN CHASE BANK       UNSECURED      NOT FILED            .00         .00
BALLYS TOTAL FITNESS       UNSECURED      NOT FILED            .00         .00
CAPITAL ONE BANK           UNSECURED        1924.79            .00         .00
```

Summary of disbursements:

```
                      SECURED      PRIORITY   UNSECURED        OTHER        TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   21887.11          .00    22481.18          .00     44368.29
PRINCIPAL PAID         862.54          .00         .00          .00       862.54
INTEREST PAID          158.53          .00         .00          .00       158.53
TOTAL PAID            1021.07          .00         .00          .00      1021.07
```

The Debtor's attorney, THOMAS W DREXLER                , was allowed $    3000.00
and was paid $    571.88   direct and $        .00   through the plan.

The Trustee received $    38.93 .

Refunds to the Debtor totaled $       .00 .

  Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/19/07                  /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE


                             PAGE   2
         CASE NO. 07 B 00852 RUTH E TAYLOR